# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Charlene Figueroa, et al.

        Plaintiff,

v.                 Case No.: 1:20–cv–07112

                Honorable Gary Feinerman

Kronos Incorporated

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 15, 2020:

  MINUTE entry before the Honorable Gary Feinerman:As discussed at the 12/10/2020 status hearing [179] in Case No. 19 C 1306 (N.D. Ill.), and by agreement, this case is voluntarily dismissed without prejudice to Plaintiffs pursuing their claims against Defendant in Case No. 19 C 1306 (N.D. Ill.). Civil case closed.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.